# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### CIVIL CASE NO. 3:07cv433

| | |
|---|---|
| ANTHONY B. LOWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| HARTFORD LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

**THIS MATTER** is before the Court on the report that the parties have reached a settlement. As a result, the Court will provide the parties with an opportunity to exchange settlement documents prior to the filing of the stipulation of dismissal or such other documents as shall close the Court file.

Accordingly, **IT IS THEREFORE ORDERED** that the parties shall file all documents necessary to close the Court file in this matter on or before December 31, 2007.

**IT IS SO ORDERED.**

Signed: December 10, 2007

Martin Reidinger
United States District Judge